MARTÍNEZ ET AL. *v*. SOTO NUSSA, DISTRICT JUDGE.

APPLICATION for Writ of *Certiorari.*

No. 46.—Decided June 27, 1908.

CERTIORARI—ADEQUATE REMEDY AT LAW.—The writ of *certiorari* will not issue to correct errors in an order which may be reviewed by the ordinary remedy of an appeal therefrom.

The facts are stated in the order.

*Mr. Victor P. Martínez* for petitioners.

The application for a writ of *certiorari* in the above-mentioned case has been examined.

In view of the fact that any error which may be considered to have been committed by the District Court of Mayagüez in its judgment of May 26, 1908, the review whereof is sought in the application for a writ of *certiorari* filed in said case, could be made the subject of discussion in an ordinary appeal from said judgment, and that consequently the extraordinary remedy of *certiorari* does not lie in this case, it is so held the writ issued under date of June 10 of the current year being vacated and set aside.

The original record is ordered to be returned to the District Court of Mayagüez, together with a certified copy of this decision for subsequent proceedings in accordance with the law, as if such writ had not issued, with the costs of these proceedings against the petitioner.

                                                  *Application dismissed.*

Justices Hernández, Figueras, MacLeary and Wolf concurred.

Mr. Chief Justice Quiñones did not sit at the hearing of this case.